**IT IS SO ORDERED.**

**SIGNED THIS: April 27, 2010**

_____
**MARY P. GORMAN
UNITED STATES BANKRUPTCY JUDGE**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    Gregory Allen Ketterman                          Case No.    10-70824

Debtor(s)    Sheri Lynn Ketterman

### **ORDER**

  X    A hearing having been held April 27, 2010 on the following matters:

    1)  Motion for Sanctions for Violation of the Automatic Stay filed by the Debtors

IT IS ORDERED THAT:

| Matter | Action |
|--------|--------|
| X      | Denied |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###